USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/10/26__

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN MARTINEZ and MARIA GABRIELA ARAUZO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>THE GOURMET FACTORY, INC.,<br><br>            Defendant. | Case No. 1:26-cv-02528-VM<br><br>**ORDER GRANTING JOINT MOTION TO SUBSTITUTE** |

Upon consideration of the Joint Motion to Substitute Defendant (the "Motion") filed by Plaintiffs Juan Martinez and Maria Gabriela Arauzo (collectively, "Plaintiffs") and Defendant The Gourmet Factory, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 25(c), and the accompanying Memorandum of Law, and the Court having found good cause therefore, it is hereby **ORDERED**:

1.      The Motion is **GRANTED**.

2.      Pursuant to Federal Rule of Civil Procedure 25(c), Kangadis Food, Inc. is hereby substituted as Defendant in place of The Gourmet Factory, Inc. in the above-captioned action.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
Hon. Victor Marrero
United States District Judge